ARNOLD & PORTER KAYE SCHOLER LLP
JOHN C. ULIN (SBN 165524)
john.ulin@apks.com
JABA TSITSUASHVILI (SBN 309012)
jaba.tsitsuashvili@apks.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
T: (213) 243-4000
F: (213) 243-4199

Attorneys for Plaintiff
ALBERTO LUCIANO GONZALEZ TORRES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LUCIANO GONZALEZ TORRES,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; Does 1-10, inclusive,<br><br>        Defendants. | Case No. 17 CV 1840 JM(NLS)<br><br>**DECLARATION OF JOHN C. ULIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION [Docket No. 31] AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing: February 12, 2018**<br>**Time: 10:00 a.m.**<br>**Courtroom: 5D**<br>**Judge: Jeffrey T. Miller** |

1   I, John C. Ulin, declare:

2   1.   I am an attorney licensed to practice law in the State of California and
3   am admitted to practice in this Court. I am a partner at Arnold & Porter Kaye
4   Scholer LLP, counsel for Plaintiff Alberto Luciano Gonzalez Torres ("Mr.
5   Gonzalez") in the above-captioned action. I am familiar with the facts and
6   circumstances surrounding this action, and I could and would testify competently
7   as to the matters set forth below.

8   2.   Attached as Exhibit A is a true and correct copy of the June 15, 2012
9   Memorandum from Janet Napolitano to USCIS, ICE, and CBP, "Exercising
10  Prosecutorial Discretion with Respect to Individuals Who Came to the United
11  States as Children" ("DACA Memo"), as found at
12  https://www.dhs.gov/xlibrary/assets/s1-exercising-prosecutorial-discretion-
13  individuals-who-came-to-us-as-children.pdf.

14  3.   Attached as Exhibit B is a true and correct copy of USCIS, "DACA
15  FAQ," as found at https://www.uscis.gov/archive/frequently-asked-questions.

16  4.   Attached as Exhibit C is a true and correct copy of the September 5,
17  2017 Memorandum from Elaine C. Duke to USCIS, ICE, and CBP, "Memorandum
18  on Rescission of Deferred Action for Childhood Arrivals (DACA)" ("Rescission
19  Memo"), as found at https://www.dhs.gov/news/2017/09/05/memorandum-
20  rescission-daca.

21  5.   Attached as Exhibit D is a true and correct copy of the February 20,
22  2017 Memorandum from John Kelly to USCIS, ICE, and CBP, "Enforcement of
23  the Immigration Laws to Serve the National Interest" ("Kelly Memo"), as found at
24  https://www.dhs.gov/sites/default/files/publications/17_0220_S1_Enforcement-of-
25  the-Immigration-Laws-to-Serve-the-National-Interest.pdf.

26  6.   Attached as Exhibit E is a true and correct copy of DHS, "Q&A: DHS
27  Implementation of the Executive Order on Enhancing Public Safety in the Interior
28  of the United States" (Feb. 21, 2017), as found at

1  https://www.dhs.gov/news/2017/02/21/qa-dhs-implementation-executive-order-
2  enhancing-public-safety-interior-united-states.
3      7.    Attached as Exhibit F is a true and correct copy of DHS, "Frequently
4  Asked Questions: Rescission of Memorandum Providing for Deferred Action for
5  Parents of Americans and Lawful Permanent Residents ('DAPA')" (June 15,
6  2017), as found at https://www.dhs.gov/news/2017/06/15/frequently-asked-
7  questions-rescission-memorandum-providing-deferred-action-parents.
8      8.    Attached as Exhibit G is a true and correct copy of The White House,
9  "Press Briefing by Press Secretary Sarah Sanders and Homeland Security Advisor
10 Tom Bossert" (Sept. 8, 2017), as found at https://www.whitehouse.gov/briefings-
11 statements/press-briefing-press-secretary-sarah-sanders-homeland-security-
12 advisor-tom-bossert-090817/.
13     9.    Attached as Exhibit H is a true and correct copy of the November 7,
14 2011 USCIS Policy Memorandum, "Revised Guidance for the Referral of Cases
15 and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and
16 Removable Aliens" ("USCIS Memo"), as found at
17 https://www.uscis.gov/sites/default/files/USCIS/Laws/Memoranda/Static_Files_M
18 emoranda/NTA%20PM%20%28Approved%20as%20final%2011-7-11%29.pdf.
19     10.    Attached as Exhibit I is a true and correct copy of relevant excerpts of
20 DHS, "National Standard Operating Procedures, Deferred Action for Childhood
21 Arrivals" ("Aug. 28, 2013 DACA SOP"), as obtained via public court filings.
22     11.    Attached as Exhibit J is a true and correct copy of Mr. Gonzalez's
23 January 22, 2013 DACA and employment authorization approval notice.
24     12.    Attached as Exhibit K is a true and correct copy of Mr. Gonzalez's
25 December 24, 2014 DACA and employment authorization renewal approval
26 notice.
27
28

13. Attached as Exhibit L is a true and correct copy of Mr. Gonzalez's response to USCIS's November 13, 2017 "Notice of Intent to Terminate" his DACA status and employment authorization.

14. Attached as Exhibit M is a true and correct copy of the June 1, 2016 Order of Immigration Judge McSeveney ordering Mr. Gonzalez's release from custody under bond of $5,000.

15. Attached as Exhibit N is a true and correct copy of Mr. Gonzalez's May 7, 2016 Notice to Appear in immigration court for removal proceedings.

16. Attached as Exhibit O is a true and correct copy of USCIS's May 23, 2016 "Notice of Action" informing Mr. Gonzalez that USCIS automatically terminated Mr. Gonzalez's DACA status and employment authorization.

17. Attached as Exhibit P is a true and correct copy of USCIS's November 13, 2017 "Notice of Intent to Terminate" Mr. Gonzalez's DACA status and employment authorization.

18. Attached as Exhibit Q is a true and correct copy of Mr. Gonzalez's December 8, 2017 Notice to Appear in immigration court for removal proceedings.

19. Attached as Exhibit R is a true and correct copy of USCIS's December 21, 2017 "Termination Notice," purporting to terminate Mr. Gonzalez's DACA status and employment authorization.

20. Attached as Exhibit S is a true and correct copy of DHS's May 7, 2016 Form I-213.

21. Attached as Exhibit T is a true and correct copy of USCIS's December 28, 2017 "Decision," purporting to deny Mr. Gonzalez's DACA status and employment authorization renewal application on the basis of USCIS's December 21, 2017 "Termination Notice."

22. Attached as Exhibit U is a true and correct copy of relevant excerpts of DHS, "National Standard Operating Procedures, Deferred Action for Childhood

3
DECLARATION OF JOHN C. ULIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Arrivals" ("Apr. 4, 2013 DACA SOP"), as found at https://cliniclegal.org/sites/default/files/attachments/daca_sop_4-4-13.pdf.

23. Produced below is a Table of Contents of the above exhibits.

| Exhibit Tab | Exhibit Description | Exhibit Tab Page |
|---|---|---|
| A | June 15, 2012 DACA Memo | 1 |
| B | USCIS DACA FAQ | 4 |
| C | Sept. 5, 2017 DACA Rescission Memo | 24 |
| D | Feb. 20, 2017 Kelly Memo | 30 |
| E | Feb. 21, 2017 DHS Q&A | 36 |
| F | June 15, 2017 DHS FAQ | 43 |
| G | Sept. 8, 2017 White House Press Briefing | 45 |
| H | Nov. 7, 2011 USCIS Memo | 59 |
| I | Aug. 28, 2013 DACA SOP | 68 |
| J | Jan. 22, 2013 DACA/EAD approval notice | 84 |
| K | Dec. 24, 2014 DACA/EAD renewal notice | 86 |
| L | Mr. Gonzalez's response to USCIS's Nov. 13, 2017 "Notice of Intent to Terminate" | 87 |
| M | June 1, 2016 Immigration Judge release order | 187 |
| N | May 7, 2016 Notice to Appear | 188 |
| O | May 23, 2016 "Notice of Action" | 190 |
| P | Nov. 13, 2017 "Notice of Intent to Terminate" | 191 |
| Q | Dec. 8, 2017 Notice to Appear | 193 |
| R | Dec. 21, 2017 "Termination Notice" | 194 |
| S | May 7, 2016 DHS Form I-213 | 198 |
| T | Dec. 28, 2017 "Decision" | 202 |
| U | Apr. 4, 2013 DACA SOP | 203 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of January, 2018, in Los Angeles, California.

/s/ John C. Ulin

4

DECLARATION OF JOHN C. ULIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION