

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

ALBERTO LUCIANO GONZALEZ TORRES,

        Plaintiff,

V.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. CUSTOMS AND BORDER PROTECTION,

        Defendant.

Civil Action No.   17CV1840 JM(NLS)

JUDGMENT IN A CIVIL CAS

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Motion to Dismiss the First Amended Complaint without leave to amend is GRANTED. The Clerk of Court is instructed to close the file.

Date:        4/13/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ G. Cazares

G. Cazares, Deputy