| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 7 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| ALBERTO LUCIANO GONZALEZ TORRES, | No.   18-56037 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-01840-JM-NLS Southern District of California, San Diego |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; et al., | ORDER |
| Defendants-Appellees. | |

Before: WARDLAW, MENDOZA, and JOHNSTONE, Circuit Judges.

Because resolution of this appeal may depend on the outcome of *Inland Empire v. Noem*, No. 18-55564, all further proceedings are hereby stayed pending the resolution of *Inland Empire*. The Clerk is directed to administratively close this docket, pending further order. The parties shall notify the court following the decision in *Inland Empire*.

**IT IS SO ORDERED.**